Richard I. JENKINS, Appellant,

v.

STATE of Missouri, Respondent.

WD 76572

Missouri Court of Appeals,
Western District.

November 12, 2014

Shaun Mackelprang, Jefferson City, MO, Counsel for Respondent,

Susan Lynn Hogan, Kansas City, MO, Counsel for Appellant

Before Division I: Thomas H. Newton, P.J., Lisa White Hardwick, Anthony Rex Gabbert, JJ.

**ORDER**

Per Curiam:

Richard I. Jenkins appeals the denial of his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).